UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK (SKAT) TAX
REFUND SCHEME LITIGATION

This document relates to all cases.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2019

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff SKAT has sued 141 pension plans and their representatives in this multidistrict litigation; and

WHEREAS, Plaintiff represents that pursuant to Danish legal order 804, entered on June 6, 2018, Plaintiff SKAT, the Customs and Tax Administration of the Kingdom of Denmark, underwent an internal reorganization and changed its legal name to Skatteforvaltningen; and

WHEREAS, Plaintiff represents that Skatteforvaltningen's name change became effective on July 1, 2018; and

WHEREAS, Plaintiff represents that Skatteforvaltningen, as the Customs and Tax Administration of the Kingdom of Denmark, retains the same authority, rights and obligations it held while operating under the name SKAT and that the name change in this proceeding does not affect the rights of any Defendant in any tax proceeding in Denmark;

NOW, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, by and through their duly authorized respective counsel, that:

1.      The title and caption for the multidistrict litigation shall be amended to *In re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*.

2. The titles and captions for all actions consolidated within this multidistrict litigation, listed in the attached Schedule of Actions, shall be amended to reflect Plaintiff's name change to Skatteforvaltningen.

Dated: New York, New York
       February 22, 2019

CAPLIN & DRYSDALE, LLP

By: /s/ Mark D. Allison
Mark D. Allison
Zhanna A. Ziering
600 Lexington Avenue
New York, NY 10022
Tel: (212) 379-6060
Fax: (860) 493-6290
E-mail: mallison@capdale.com

HUGHES HUBBARD & REED LLP

By: /s/ Sarah L. Cave
William R. Maguire
Marc A. Weinstein
Sarah L. Cave
John T. McGoey
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: Sarah.cave@hugheshubbard.com

*Attorneys for Plaintiff*

HANAMIRIAN LAW FIRM, P.C.

By: /s/ John Hanamirian
John Hanamirian
30 Wall St.
New York, NY 10005
Tel: (856) 793-9092
E-mail: jmh@hanamirian.com

SO ORDERED

[signature]

LEWIS A. KAPLAN, USDJ

2/5/19

2