UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKATTEFORVALTNINGEN)          18-md-2865 (LAK)
TAX REFUND LITIGATION

This paper applies to: 18-cv-4898, 18-cv-5151, 18-cv-9497,
                       18-cv-9498, 18-cv-9507, 18-cv-9511,
                       18-cv-9515, 18-cv-9549, 18-cv-10095,
                       19-cv-1781, 19-cv-1783, 19-cv-1785,
                       19-cv-1791, 19-cv-1792, 19-cv-1794,
                       19-cv-1798, 19-cv-1806, 19-cv-1808,
                       19-cv-1870

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/31/2026_

## PRETRIAL ORDER NO. 73
(Terminating Actions)

LEWIS A. KAPLAN, *District Judge.*

Several actions in this multidistrict litigation remain open on CM/ECF despite having been terminated on previous dates by earlier orders. The Clerk is directed to terminate the following actions, which already should have been terminated by the corresponding order provided in parenthetical after each case caption.

- *SKAT v. NYCATX LLC Solo 401K Plan*, No. 18-cv-4898 (Dkt 165);

- *SKAT v. Bravos Advisors 401K Plan*, No. 18-cv-5151 (Dkt 257);

- *SKAT v. Indus. Pensions Grp. Tr.*, No. 18-cv-9497 (Dkt 240);

- *SKAT v. Casting Pensions Grp. Tr.*, No. 18-cv-9498 (Dkt 241);

- *SKAT v. C. Techs. Pensions Grp. Tr.*, No. 18-cv-9507 (Dkt 242);

- *SKAT v. Bluegrass Ret. Grp. Tr.*, No. 18-cv-9511 (Dkt 244);

- *SKAT v. Bluegrass Inv. Mgt., LLC Ret. Plan*, No. 18-cv-9515 (Dkt 162);

- *SKAT v. Autoparts Pensions Grp. Tr.*, No. 18-cv-9549 (Dkt 243);

- *SKAT v. Skybax LLC 401K Plan*, No. 18-cv-10095 (Dkt 220);

- *SKAT v. Ballast Ventures LLC Roth 401(K) Plan*, No. 19-cv-1781 (Dkt 476);

- *SKAT v. Bareroot Cap. Invs. LLC Roth 401(K) Plan*, No. 19-cv-1783 (Dkt 477);

- *SKAT v. Albedo Mgt. LLC Roth 401(K) Plan*, No. 19-cv-1785 (Dkt 477);

- *SKAT v. Fairlie Invs. LLC Roth 401(K) Plan*, No. 19-cv-1791 (Dkt 484);

- *SKAT v. First Ascent Worldwide LLC Roth 401(K) Plan*, No. 19-cv-1792 (Dkt 479);

- *SKAT v. Battu Holdings LLC Roth 401K Plan*, No. 19-cv-1794 (Dkt 482);

- *SKAT v. Cantata Indus. LLC Roth 401(K) Plan*, No. 19-cv-1798 (Dkt 485);

- *SKAT v. Loggerhead Servs. LLC Roth 401(K) Plan*, No. 19-cv-1806 (Dkt 474);

- *SKAT v. PAB Facilities Global LLC Roth 401(K) Plan*, No. 19-cv-1808 (Dkt 480); and

- *SKAT v. Eclouge Indus. LLC Roth 401(K) Plan*, No. 19-cv-1870 (Dkt 474).

Should any party to one of these actions believe that the action has been incorrectly terminated by this order, the party shall file with the Court a notice to that effect on or by April 30, 2026.

SO ORDERED.

Dated:        March 31, 2026

_____
Lewis A. Kaplan
United States District Judge