UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All Cases | Master Docket 18-md-02865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR SKATTEFORVALTNINGEN'S MOTION FOR LEAVE TO AMEND**

IT IS HEREBY STIPULATED AND AGREED by and between Skatteforvaltningen ("SKAT") and all defendants in these actions (the "Consolidated Defendants") that the briefing schedule for SKAT's motion for leave to amend its complaints (Doc. No. 294) filed by SKAT on March 27, 2020 (the "Motion") is modified as follows:

1. The Consolidated Defendants' current deadline of April 10, 2020 to submit a response to the Motion is hereby extended seven (7) days up to and including April 17, 2020.

2. SKAT's deadline to submit a reply in further support of its Motion, if any, shall be April 24, 2020.

This is the Consolidated Defendants' first request to modify the Motion's briefing schedule.

1

Dated: April 8, 2020

By: /s /Marc A. Weinstein
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004
    Tel: (212) 837-6000
    marc.weinstein@hugheshubbard.com

    *On behalf of Plaintiff Skatteforvaltningen*

By: /s /Mark D. Allison
    Mark D. Allison
    CAPLIN & DRYSDALE, CHARTERED
    600 Lexington Avenue, 21st Floor
    New York, New York 10022
    Tel: (212) 379-6000
    mallison@capdale.com

    *On behalf of the Consolidated Defendants*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge