# Exhibit 9

# Ganymede Cayman Limited

Harneys Services (Cayman) Limited,
3rd Floor, Queensgate House,
113 South Church Street,
PO Box 10240,
Grand Cayman KY1-1002
Cayman Islands

**Invoice Date**    22nd January 2013

**Invoice Number**  00014

**To**              Sterling Alpha LLC 401(k) Profit Sharing Plan
                    John Doscas

**Address**         11 Sterling Lane,
                    Sands Point, NY 11050,
                    United States of America

**Description**

| Description | Amount Euro |
|---|---|
| Amount due under Tax Reclaim Advisory Services Agreement | € 203,872.00 |
| Total amount due in January 2013 | € 203,872.00 |

Contact             Raj Shah
Contact Telephone   00971 (0) 4 376 4200
Contact Email       Ganymede@ganymedecayman.com

**Amount due on invoice date.**

Payment details:
Bank details:

JPMORGAN CHASE BANK FRANKFURT              CHASDEFX
JPMORGAN CHASE BANK                        CHASGB2L
FURTHER CREDIT TO SOLO CAPITAL PARTNERS LLP
A/C # ████3630
IBAN GB08CHAS60924241243630

ELYSIUM-00001683