# Exhibit 12-B



**First Alton Inc.**
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

INVOICE

Date: 7-23-2015

Invoice Number: 07231501

Due Date: 08/15/15

FROM: First Alton Inc.
450 Alton Rd #1603
Miami Beach, FL 33139 USA

TO: Acai Investments Limited
Craigmuir Chambers
Road Town, Tortola
VG 1110, British Virgin Islands

TAX NOT APPLICABLE

| Description | Total |
|---|---|
| Consultancy Fees | USD 3,977,888.05 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Wells Fargo
Account: ▮▮▮▮0267
SWIFT Code: WFBIUS6S
Bank Address: Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

*R. L.* (signature)

Roger Lehman
Director, First Alton Inc.