# Exhibit 13

Paid 02/06/2017

*First Alton Inc.*
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

## INVOICE

Date:               5-27-2015

Invoice Number:     05171501

Due Date:           06/15/15

FROM:   First Alton Inc.              TO:   Ganymede Cayman Limited
        450 Alton Rd #1603            c/o Genesis Trust & Corporate Services
        Miami Beach, FL 33139 USA           2nd Floor, Midtown Plaza
                                            Elgin Avenue
                                            PO Box 448
                                            Grand Cayman KY1-1106
                                            Cayman Islands

TAX NOT APPLICABLE

| Description | Total |
|---|---|
| Advisory Fees | USD 2,012,559.00 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: ████2772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00000533