# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All Cases. | MASTER DOCKET<br><br>18-md-2865 (LAK)<br><br>MEMO<br>ENDORSED |

## MOTION FOR ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE IN THE CAYMAN ISLANDS

PLEASE TAKE NOTICE that the undersigned attorneys for the plaintiff SKATTEFORVALTNINGEN ("SKAT"), the Customs and Tax Administration of the Kingdom of Denmark, will apply before the Honorable Lewis A. Kaplan of the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for the issuance of a Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters and 28 U.S.C. § 1781(b)(2). In support of this motion, SKAT relies upon the accompanying Memorandum of Law and Declaration of Neil J. Oxford dated April 27, 2020 and the exhibits attached thereto.

*[signature]*

*[signature]*
6/30/2020

Memorandum Endorsement    In re Customs & Tax Adm.etc. Tax Ref. Lit., 18-md-2865 (LAK)

The Court today has granted this and another motion (Dkt 327), each of which contemplates the issuance of multiple requests for international legal assistance, some to the British Virgin Islands and some to the Cayman Islands. Each motion attached electronic versions of the proposed requests as exhibits. No hard copies are available to the Court for signature.

Plaintiff shall contact the Court's Deputy Clerk, Mr. Richard Wilson, and provide him with as many hard signature copies as may be required both for filing in this Court and for provision to foreign courts. Mr. Wilson will forward the hard copies to the Court by courier for signature and return. Upon receipt, he will file one signed copy of each request and provide plaintiff with as many signed copies as may be required.

SO ORDERED.

Dated:    June 30, 2020

_____
Lewis A. Kaplan
United States District Judge