UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME  LITIGATION

This document relates to:  1:18-cv-04047 (LAK);
1:18-cv-04049 (LAK); 1:18-cv-04050 (LAK);
1:18-cv-04051 (LAK); 1:18-cv-04052 (LAK);
1:18-cv-04430 (LAK); 1:18-cv-04522 (LAK);
1:18-cv-04531 (LAK); 1:18-cv-04536 (LAK);
1:18-cv-04538 (LAK); 1:18-cv-04541 (LAK);
1:18-cv-04543 (LAK); 1:18-cv-04767 (LAK);
1:18-cv-04770 (LAK); 1:18-cv-04771 (LAK);
1:18-cv-04890 (LAK); 1:18-cv-04892 (LAK);
1:18-cv-04896 (LAK); 1:18-cv-04898 (LAK);
1:18-cv-04900 (LAK); 1:18-cv-05045 (LAK);
1:18-cv-05057 (LAK); 1:18-cv-05147 (LAK);
1:18-cv-05150 (LAK); 1:18-cv-05151 (LAK);
1:18-cv-05158 (LAK); 1:18-cv-05164 (LAK);
1:18-cv-05180 (LAK); 1:18-cv-05183 (LAK);
1:18-cv-05185 (LAK); 1:18-cv-05186 (LAK);
1:18-cv-05188 (LAK); 1:18-cv-05189 (LAK);
1:18-cv-05190 (LAK); 1:18-cv-05192 (LAK);
1:18-cv-05193 (LAK); 1:18-cv-05194 (LAK);
1:18-cv-05299 (LAK); 1:18-cv-05300 (LAK);
1:18-cv-05305 (LAK); 1:18-cv-05307 (LAK);
1:18-cv-05308 (LAK); 1:18-cv-05309 (LAK);
1:18-cv-09565 (LAK); 1:18-cv-09570 (LAK);
1:18-cv-09587 (LAK); 1:18-cv-09588 (LAK);
1:18-cv-09589 (LAK); 1:18-cv-09590 (LAK);
1:18-cv-09650 (LAK); 1:18-cv-09665 (LAK);
1:18-cv-09666 (LAK); 1:18-cv-09668 (LAK);
1:18-cv-09669 (LAK); 1:18-cv-10028 (LAK);
1:18-cv-10030 (LAK); 1:18-cv-10031 (LAK);
1:18-cv-10032 (LAK); 1:18-cv-10035 (LAK);
1:18-cv-10036 (LAK); 1:18-cv-10039 (LAK);
1:18-cv-10049 (LAK); 1:18-cv-10060 (LAK);
1:18-cv-10061 (LAK); 1:18-cv-10062 (LAK);
1:18-cv-10063 (LAK); 1:18-cv-10064 (LAK);
1:18-cv-10065 (LAK); 1:18-cv-10066 (LAK);

18-MD-2865 (LAK)

ECF Case

1:18-cv-10067 (LAK); 1:18-cv-10069 (LAK);
1:18-cv-10070 (LAK); 1:18-cv-10071 (LAK);
1:18-cv-10073 (LAK); 1:18-cv-10074 (LAK);
1:18-cv-10076 (LAK); 1:18-cv-10077 (LAK);
1:18-cv-10080 (LAK); 1:18-cv-10082 (LAK);
1:18-cv-10083 (LAK); 1:18-cv-10086 (LAK);
1:18-cv-10091 (LAK); 1:18-cv-10092 (LAK);
1:18-cv-10093 (LAK); 1:18-cv-10094 (LAK);
1:18-cv-10095 (LAK); 1:18-cv-10096 (LAK);
1:18-cv-10098 (LAK); 1:18-cv-10099 (LAK);
1:18-cv-10119 (LAK); 1:18-cv-10122 (LAK);
1:18-cv-10123 (LAK); 1:18-cv-10124 (LAK);
1:18-cv-10125 (LAK); 1:18-cv-10126 (LAK);
1:18-cv-10129 (LAK); 1:18-cv-10133 (LAK);
1:18-cv-10134 (LAK); 1:18-cv-10135 (LAK);
1:18-cv-10136 (LAK).

## [PROPOSED] ORDER

**WHEREAS**, upon the application of attorneys Mark D. Allison, Esquire and Zhanna A. Ziering, Esquire of Caplin & Drysdale, Chartered for leave to withdraw as the attorneys of record in this matter,

**IT IS HEREBY ORDERED** that attorneys Mark D. Allison, Esquire and Zhanna A. Ziering, Esquire are granted leave to withdraw as counsel and will no longer receive docketing notifications via the ECF system for Defendants Bradley Crescenzo, The Skybax LLC 401K Plan, Carl Andrew Vergari, NYCATX LLC Solo 401K Plan, Doston Bradley, Blackrain Pegasus LLC 401K Plan, Delgado Fox LLC Solo 401K Plan, Pegasus Fox 23 LLC Solo 401K Plan, The Atlantic DHR 401K Plan, The Bradley London Pension Plan, The Busby Black 401K Plan, The Canada Rock LLC 401K Plan, The DMR Pension Plan, The Dosmon Bly Pension Plan, Gyos 23 LLC Solo 401K Plan, The Houston Rocco LLC 401K Plan, The India Bombay LLC 401K Pension Plan, The ISDB Pension Plan, The Joanne E. Bradley Solo 401K Plan, The LBR Capital Pension Plan, The Monin Amper Pension Plan, The NYC Stanismore Pension Plan, The Oak Tree One 401K Plan, The Proper Pacific Pension Plan, The Texas Rocco LLC 401K Plan, Gavin

Crescenzo, The Krabi Holdings LLC 401K Plan, John LaChance, The Balmoral Management LLC 401K Pension Plan, Mitchell Protass, The M2F Wellness LLC 401K Plan, The MPQ Holdings LLC 401K Plan, The Sector 230 LLC 401K Plan, Roger Lehman, Gavin Crescenzo, The Aria Pension Plan, The Belforte Pension Plan, The Bravos Advisors 401K Plan, The Costello Advisors Pension Plan, The Eskin Pension Plan, The Fieldcrest Pension Plan, The Kodiak Capital Pension Plan, The Kyber Pension Plan, The Lerici Capital Pension Plan, The Ludlow Holdings 401K Plan, The Regoleth Pension Plan, The Saba Capital LLC 401K Plan, The Stark Pension Plan, The West River Pension Plan, The Westport Advisors LLC 401K Plan, JML Capital LLC 401K Plan, Sanford Villa Pension Plan, The 78 Yorktown Pension Plan, The Aston Advisors LLC 401K Plan, The Bella Consultants Pension Plan, The Cambridge Town Line Pension Plan, The CSCC Capital Pension Plan, The Diamond Scott Capital Pension Plan, The FWC Capital LLC Pension Plan, The Green Group Site Pension Plan, The Hotel Fromance Pension Plan, The Mountain Air LLC 401K Plan, The Mueller Investments Pension Plan, The Patrick Partners Conglomerate Pension Plan, The RDL Consulting Group LLC Pension Plan, The Shapiro Blue Management LLC 401K Plan, The Sinclair Pension Plan, The SKSL LLC Pension Plan, The Snow Hill Pension Plan, Valerius LLC Solo 401K Plan, The Westridge Ave LLC 401K Plan, The KASV Group Pension Plan, The Petkov Partners Pension Plan, The SPKK LLC 401K Plan, The SVP 401K Plan, Natoli Management Pension Plan, Nova Fonta Trading LLC 401K Plan, Sean Driscoll, Ackview Solo 401K Plan, Svetlin Petkov, The Petkov Management LLC 401K Plan, Thomas Kertelits, The TKKJ LLC 401K Plan, Vincent Natoli, The Dink14 LLC 401K Plan, Matthew Tucci, FiftyEightSixty LLC Solo 401K Plan, OneZeroFive LLC Solo 401K Plan, The Beech Tree Partners 401K Plan, The Blackbird 401K Plan, The Cardinal Consulting Pension Plan, The Chambers Property Management LLC 401K

Plan, The Crow Associates Pension Plan, The Egret Associates LLC 401K Plan, The Everything Clean LLC 401K Plan, The Hawk Group Pension Plan, The Heron Advisors Pension Plan, The Hibiscus Partners LLC 401K Plan, The Hoboken Advisors LLC 401K Plan, The Jayfran Blue Pension Plan, The JT Health Consulting LLC 401K Plan, The Jump Group LLC 401K Plan, The Lakeview Advisors 401K Plan, The Maple Advisors LLC 401K Plan, The Oaks Group Pension Plan, The Osprey Associates LLC 401K Plan, The Robin Daniel Pension Plan, The Sandpiper Pension Plan, The Sea Bright Advisors LLC 401K Plan, The Tag Realty Advisors LLC 401K Plan, The Throckmorton Advisors 401K Plan, The Wave Maven LLC 401K Plan, and The Zen Training LLC 401K Plan.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Mark D. Allison, Esquire and Zhanna A. Ziering, Esquire from the list of counsel of record for the above-referenced Defendants in this case.

Dated:  New York, New York

_____, 2021


_____
HONORABLE LEWIS A. KAPLAN